UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-338-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIONNE GARRETT BROWN | ORDER |

This matter is before the Court on the defendant's Motion to Terminate Supervised Release. For good cause shown, the motion is GRANTED and the defendant is terminated from supervised release.

So ORDERED this __3rd__ day of April, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge

1